UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

GIZMOCUP L.L.C., D/B/A NORTHEAST
PHARMA, and
ATLANTIC PHARMA CO L.L.C.
          Plaintiffs,

vs.

MEDLINE INDUSTRIES INC.,
          Defendant.

Case No. 2:21-cv-00213-cr

## EXHIBIT LIST – AMENDED COMPLAINT

Exhibit A – Amazon's Intellectual Property Policy for Sellers

Exhibit B – Amazon Services Business Solutions Agreement.

Exhibit C – Detailed Seller Information

Exhibit D – Atlantic Pharma Permissions Screenshot

Exhibit E – User Permission

Exhibit F – Purchase invoices for Medline Perineal bottles

Exhibit G – HPFY Authorized Retailer Badge

Exhibit H – HPFY webpage for sale of Medline perineal bottles

Exhibit I – Medline Bill of Ladings

Exhibit J – Photo of Medline shipping pallet

Exhibit K – Amazon Product Bundling Policy

Exhibit L – Amazon emailed dated 02/23/2021

Exhibit M – Amazon Infringement Reporting website

Exhibit N – Emails from Northeast Pharma to Michael Murphy

Exhibit O – Amazon approval email

1

Exhibit P – Medline's Cease and Desist Letter

Exhibit Q – March 8, 2021 email

Exhibit R – Northeast Pharma unanswered emails to N. Cowan

Exhibit S – Amazon appeal granted

Exhibit T – Amazon investigation email dated 06/01/21

Exhibit U – Amazon authenticity approval of Medline products

8585489_1 14547-00001

2