# EXHIBIT C

 

Add supplier | Manage suppliers

**Atlantic Pharma Co**

Established 2013



Have a question for Atlantic Pharma Co?

Ask a question | Response time 8 hours



★★★★★ 100% positive in the last 12 months (4474 ratings)

**Shipping performance** 30 days

What's this? | Is this information helpful?

| Fullfilled by seller | | Fullfilled by Amazon | |
|---|---|---|---|
| Orders | Shipped on time | Orders | Shipped on time |
| <100 | 50% | 10,000+ | Same as Amazon Prime |

Our company strives for the highest possible consumer ratings. Since our fulfillment is handled exclusively by Amazon.com, we encourage you to contact Amazon Customer Service with any problem or issue at 1-866-216-1072 with your order number and Amazon can issue cancellations, refunds, returns or exchanges. If Amazon is unable to offer you 100% satisfaction, please contact us directly and we will ensure your total and complete satisfaction.

| Seller Type | Distributor |
|---|---|
| Number of Employees | 11 - 50 |

**Detailed Seller Information**

Business Name: Atlantic Pharma Co LLC
Business Address:
8 The Green - Ste 10514
Dover
DE
19901
US

 

Add supplier | Manage suppliers

**Atlantic Pharma Co**

Established 2013



Have a question for Atlantic Pharma Co?

Ask a question    Response time 8 hours

★★★★★  100% positive in the last 12 months (4474 ratings)





Shipping performance 30 days                                            What's this? | Is this information helpful?

| Fullfilled by seller | | Fullfilled by Amazon | |
|---|---|---|---|
| Orders | Shipped on time | Orders | Shipped on time |
| <100 | 50% | 10,000+ | Same as Amazon Prime |

Our company strives for the highest possible consumer ratings. Since our fulfillment is handled exclusively by Amazon.com, we encourage you to contact Amazon Customer Service with any problem or issue at 1-866-216-1072 with your order number and Amazon can issue cancellations, refunds, returns or exchanges. If Amazon is unable to offer you 100% satisfaction, please contact us directly and we will ensure your total and complete satisfaction.

| Seller Type | Distributor |
|---|---|
| Number of Employees | 11 - 50 |

**Detailed Seller Information**

**Business Name:** Atlantic Pharma Co LLC
**Business Address:**
  8 The Green - Ste 10514
  Dover
  DE
  19901
  US