# EXHIBIT D



## User Permissions

Add or Edit Permissions for Northeast Pharma (gizmocupllc@gmail.com) in Atlantic Pharma Co

ⓘ This is the primary account manager account for Atlantic Pharma Co. This account has all rights that apply for Atlantic Pharma Co, and those rights cannot be removed.

| Advertising | None | View | View & Edit | Admin |
|---|:---:|:---:|:---:|:---:|
| A+ Content Manager | ○ | ○ | ● | |
| Campaign Manager | ○ | ○ | ● | |
| Coupons | ○ | ○ | ● | |
| Deals | ○ | ○ | ○ | ● |
| Early Reviewer Program | ○ | ○ | ● | |
| Posts(Beta) | ○ | | ● | |
| Enable users to view, edit, and create posts. | | | | |
| Prime Exclusive Discounts | ○ | ○ | ● | |
| Promotions | ○ | ○ | ○ | ● |
| Register for Sponsored Products | ○ | ● | | |
| Vine | ○ | ○ | ● | |
| **Amazon Lending** | None | View | View & Edit | Admin |
| Loan Registration | ○ | | ● | |
| **Amazon Pay** | None | View | View & Edit | Admin |
| Manage Refunds | ○ | | ● | |
| **Growth** | None | View | View & Edit | Admin |
| Marketplace Product Guidance | ○ | ○ | ● | |

Discover opportunities to expand your catalog to international stores. Access personalized asin recommendations
and category insights to add new products across Amazon stores

FEEDBACK ×