# EXHIBIT E

amazon seller central     English     Sign in     Sell on Amazon

This article applies to selling in: **United States**

Help / Account settings / Manage your account settings / **Set and edit User Permissions**

# Set and edit User Permissions

When you initially set up your Seller Central account, only you can access the account tools and features. You can provide access to others – such as employees, co-owners, or contractors – by setting your User Permissions:

To invite new users:

1. Under **Settings**, click **User Permissions**.
2. Enter the contact information for the new user and click **Send invitation**. Repeat for all new users you want to add.
3. Have your new users follow the instructions in the email.

To edit new user permissions:

1. Under **Settings**, click **User Permissions**.
2. Click Edit next to the account you want to change.
3. Click the button next to each tool you want to give the user access to for your account.

By setting user permissions, other users can complete tasks such as manage inventory or handle shipping confirmations. However, account credentials are unique and confidential information should not be shared with anyone.

User permissions are available only to Professional sellers. Amazon offers both Professional and Individual selling plans. You can easily switch your existing selling plan.

> Note:
> For more information, see Can I transfer my seller account?
>
> Although you can add users to your seller account, you cannot transfer your seller account, even if the business ownership changes. In that event, the new owner should establish a new seller account in their name.

Why can't I view some pages on Seller Central?

- Access to certain help pages on Seller Central may depend on your Selling plan, enrollment in Fulfillment by Amazon, and your **User Permissions**.

Who is a primary or secondary user?

- A primary user, also known as the account administrator, is the one who registers a new Seller Central account. The primary user will have access to every page and feature their account type offers.
- A secondary user is the one invited by the primary user, through the User Permissions page. A primary user can grant certain permissions to a secondary user. A secondary user will not be able access the **User Permissions** page unless a primary user makes them an **Admin** through the **User Permissions**.

> **Note:** A secondary user will become an **Admin** when a primary user or another **Admin** grants them View and Edit permission through the **User Permissions** page. The **Admin** can then manage permissions for other secondary users.

Who has access to the **User Permissions** page?

- A primary user can access the **User Permissions** page to invite secondary users and grant them access to perform account related activities.
- A secondary user who has been explicitly granted permission to access the user permissions page by the primary user can access the page. Other secondary users cannot access this page.

   > **Note:** Primary users with Individual Seller accounts cannot add secondary users.

How can a primary user or an **Admin** add a secondary user?

1. To add a secondary user, go to **Settings** and click **User Permissions**
2. Invite the secondary user by entering their contact information and click **Send invitation**. Repeat this for all new secondary users you want to add.
3. Have your new secondary users follow the instructions in the invitation email.

As a primary user or an **Admin**, how do I remove a secondary user from my account?

1. To remove a secondary user, go to **Settings** and click **User**.
2. In the Current Users section, click **Delete** next to the user you want to remove.
3. Select **OK** in the warning message box.
4. Confirm when you see the **Success** message.

As a primary user or an **Admin**, how can I add or remove permissions for my secondary user?

1. Under **Settings**, click **User Permissions**.
2. Click **Manage Permissions** next to the secondary user account you want to change.
3. Modify permissions and your changes will automatically be saved.

   > **Warning:** By setting **User Permissions**, secondary user accounts can complete tasks such as manage inventory or handle shipping confirmations. However, account credentials are unique and considered confidential information. This information should not be shared with anyone.

As a secondary user, how do I get access to additional features in Seller Central?

- If you are unable to access a Seller Central feature or help topic because you do not have the necessary permissions, please ask your primary account administrator to grant it to you.

Can I transfer my seller account?

- Although you can add users to your professional seller account as secondary users, you cannot transfer your seller account. If the business ownership changes, the new owner should establish a new seller account in their name.

How can I switch from an individual selling plan to a professional selling plan?

- Amazon offers both Professional and Individual Selling plans. Click here to know more about Selling plans.

### Related articles 

Change login settings

Update seller account information

Set and edit User Permissions

Notification preferences

Close your seller account

Account settings FAQ

### Need more help? 

See more on Seller Central

Visit Seller Forums

 **Reach Hundreds of Millions of Customers**

Start Selling On Amazon

© 1999-2022, Amazon.com, Inc. or its affiliates