EXHIBIT F



# INVOICE

**Paid**

## Health Products For You

Accounts Recievable
14 Fairfield Dr
Brookfield, CT 06804
United States

Tax ID: 41-2063680

Phone: 203-616-2850
Fax: 203-616-2851
www.HealthProductsForYou.com

Invoice #: 951314
Invoice Date: Apr 9, 2020
Due date: Apr 9, 2020

Amount due:
**$0.00**

**Bill To:**

Gizmocup, LLC
James Becker

accounting@gizmocup.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| DYND70125- Medline Perineal Cleansing Bottle With Screw Top (50/Case) | 120 | $25.00 | $3,000.00 |
| | | Subtotal | $3,000.00 |
| | | Total | $3,000.00 |
| | | Amount paid | -$3,000.00 |
| | | **Amount due** | **$0.00 USD** |

PL000020



# INVOICE

## Health Products For You

Accounts Recievable
14 Fairfield Dr
Brookfield, CT 06804
United States

Tax ID: 41-2063680

Phone: 203-616-2850
Fax: 203-616-2851
www.HealthProductsForYou.com

Invoice #: 1126120
Invoice Date: Dec 16, 2020
Reference: Order# 1151847
Due date: Dec 16, 2020

Amount due:
**$1,500.00**



Scan. Pay. Go

**Bill To:**

Northeast Pharma
James Becker
3060 Williston Ave
Suite 3
South Burlington, VT 05403
United States

james.becker@northeastpharma.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| (PO# 5IR9121520). Item: DYND70125 Medline Perineal Bottle (50/Case) | 60 | $25.00 | $1,500.00 |
| | | Subtotal | $1,500.00 |
| | | Discount (0%) | $0.00 |
| | | **Total** | **$1,500.00 USD** |

**Notes**

Thank you for your business

**Terms and Conditions**

shopping terms:
https://www.healthproductsforyou.com/shopping-terms.html

PL000021



# INVOICE

## Health Products For You

Accounts Recievable
14 Fairfield Dr
Brookfield, CT 06804
United States

Tax ID: 41-2063680

Phone: 203-616-2850
Fax: 203-616-2851
www.HealthProductsForYou.com

Invoice #: 1190958
Invoice Date: Feb 6, 2021
Reference: Order# 1190958
Due date: Feb 6, 2021

Amount due:
**$900.00**



Scan. Pay. Go

**Bill To:**

Northeast Pharma
James Becker
3060 Williston Ave
Suite 3
South Burlington, VT 05403
United States

james.becker@northeastpharma.com

| Description | Quantity | Price | Amount |
| --- | --- | --- | --- |
| (PO# L9HP020521). Item: DYND70125 Medline Perineal Bottle (50/Case) | 36 | $25.00 | $900.00 |
| | | Subtotal | $900.00 |
| | | Discount (0%) | $0.00 |
| | | **Total** | **$900.00 USD** |

## Notes

Thank you for your business

## Terms and Conditions

shopping terms:
https://www.healthproductsforyou.com/shopping-terms.html

PL000022