# EXHIBIT G

7/7/2021　　　　　　　　　　　　　　Medline Perineal Cleansing Bottle With Screw Top | Irrigation and Drainage Supplies

92,605 Customers Love Us!

(https://www.healthproductsforyou.com/testimonials.html)

**HPFY** 
HEALTH PRODUCTS FOR YOU

Keywords Item No.　　　　🔍 Q　　　　　　　　　　　　　　　　　　　　My Account ▾　　Cart (/Cart)
Advanced Search (/findforresult.htm)

Wound Care (/c-wound-care.html)  Ostomy (/c-ostomy-product-suppliers.html)  Incontinence (/c-incontinence.html)  Urologicals (/c-urological-disorders.html)  Respiratory (/c-respiratory.html)  Women's Health (/c-womens-health.html)  Patient Care (/c-patient-care.html)  Mobility (/c-exercise-mobility.html)  Rehab & Therapy (/c-rehabilitation-therapy.html)  Daily Aids (/c-aids-for-daily-living.html)  Special

Ostomy (https://www.healthproductsforyou.com/c-ostomy-product-suppliers.html) > Irrigation and Drainage Supplies (https://www.healthproductsforyou.com/c-irrigation-and-drainage-supplies.html)



(https://cdns.webarnacontrol.com/prodimages/1000-X-1000/1/L/14102016186Medline-Perineal-Irrigation-Bottle-L-L.png)

FSA APPROVED (/FSA-FLEXIBLE-SPENDING-ACCOUNT.HTML)　LATEX FREE

📧 Refer & Earn　♡ Add to Wishlist

### Medline Perineal Cleansing Bottle With Screw Top

Brand/Manufacturer: MEDLINE INDUSTRIES

☑ Add a review

| Item # | Desc | Pkg | Reward | Price | |
|---|---|---|---|---|---|
| DYND70125 | 8oz (236.5mL) Bottle | 50/Pack | $0.99 | ~~$87.89~~ $19.89 | Add to Cart |

🕐 Auto reorder & Save 5%  (/auto-reorder.html)

**Product Info    Reviews    Q&A**

Medline Perineal Cleansing Bottle With Screw Top regulate water flow by lifting cap and turning. This non-sterile graduated plastic bottle is latex free.

#### Also Available

    

Bard Aspira Dressing Kit (/p-bard-aspira-dressing-kit.html) $18.99

Coloplast Assura Deluxe Version Irrigation Set (/p-coloplast-assura-deluxe-version-irrigation-set.html) $89.99

ConvaTec Flexi-Seal Fecal Collector (/p-convatec-flexi-seal-fecal-collector.html) $81.65

Cymed Urostomy Night Drain Adapter Tube (/p-cymed-urostomy-night-drain-adapter-tube.html) $18.45

Denver Pleura Dr. (/p-denver-pleura-dra $86.99

#### Recently Viewed Item(s)



(/p-medline-perineal-irrigation-bottle.html)
Medline Perineal Cleansing Bottle With Screw Top
$19.89

Sign up for exclusive discount offers and promotional coupons　　Email Address　　Submit

🐦 (https://twitter.com/HPFY)
f (https://www.facebook.com/HealthProductsForYou)
📷 (https://www.instagram.com/healthproductsforyou/?hl=en)
in (https://www.linkedin.com/company/healthproductsforyou)
▶ (https://www.youtube.com/user/HealthProductsForYou)
ⓟ (https://www.pinterest.com/HPFY)

**Company Info**
About Us (/aboutus.html)
Contact Us (/contactus.htm)
Our Stores (/our-stores.html)

**Customer Service**
Track Your Order (https://www.healthproductsforyou.com/myaccount/ordertrackingnew?vuid=7b4bd18f-3eb8-46a5-ac3a-c5b2a36e53b7)

**Our Programs**
HPFY Reward Program (/rewarddetails.html)
Giving Day (/giving-day.html)
HPFY Scholarship (/scholarship.html)

**Resources**
Health Tips (/healthy-living-tidbits.html)
FSA Eligible (/fsa-flexible-spending-account.html)
Testimonials (/testimonials.html)

PL000023

💬 Chat

7/7/2021 — Medline Perineal Cleansing Bottle With Screw Top | Irrigation and Drainage Supplies

| Site Map (/sitemap.htm) | Reorder Express (https://www.healthproductsforyou.com/myaccount/BuyitAgain?vuid=2b4bd18f-3eb8-46a5-ac3a-c5b2a36e53b7) | Affiliate Program (/affiliateprogram.html) | Size Charts (/size-charts.html) |
|---|---|---|---|
| Privacy Policy (/privacy-notice.html) | Order History (https://www.healthproductsforyou.com/myaccount/ordertrackingnew?vuid=2b4bd18f-3eb8-46a5-ac3a-c5b2a36e53b7) | Auto Reorder (/auto-reorder.html) | FAQ (/faq.html) |
| | Terms & Conditions (/shopping-terms.html) | Ostomy Support Group (https://zoom.us/meeting/register/tJEvcuqgqjMvGtcxbRD8W38GU7PX07f18gJ) | Articles (/view-articles.html) |
| | Shipping Terms (/shipping.html) | Sleep Well Webinar (/ask-the-experts-online-lessons-on-health-and-wellness) | |
| | Federal/State Agencies (/federal.html) | Request a Quote (/RequestForQuote.html) | |

  

Content on healthproductsforyou.com is for information only and should not be used as medical advice, to diagnose, or treat patients. The use of this website is subject to our shopping terms and privacy policy.

© 2002 - 2021 HealthProductsForYou.com. All Rights Reserved.