# EXHIBIT H

Case 2:21-cv-00213-cr   Document 34-9   Filed 05/27/22   Page 2 of 7

7/7/2021    Medline - B00KHKHXBC Squirt Bottle, Postpartum Peri Bottle, 3 Pack, 8 oz Perineal Irrigation Bottle, Cleansing Bottle for New Moms or Bidet use: A...



PL000028

Case 2:21-cv-00213-cr   Document 34-9   Filed 05/27/22   Page 3 of 7

7/7/2021    Medline - B00KHKHXBC Squirt Bottle, Postpartum Peri Bottle, 3 Pack, 8 oz Perineal Irrigation Bottle, Cleansing Bottle for New Moms or Bidet use: A...

About the product    Compare with similar products    Reviews and Q&A                                        ^ Back to top

### From the manufacturer



**Perineal Cleansing Bottle**

- Perineal cleansing bottle with screw top
- Regulate water flow by lifting cap and turning
- Graduated
- Not made with natural rubber latex
- Non-sterile

### Product description

**Product Description**

Screw top plastic squeeze bottle. Regulate spray by lifting cap and turning. Great for new mothers, perineal irrigation or cleansing, and intimate cleansing care.

Manufacturer Contact Information

800-633-5463

### Product details

Is Discontinued By Manufacturer : No
Product Dimensions : 6 x 4 x 8 inches; 2.4 Ounces
Item model number : DYND70123
UNSPSC Code : 41120000
Date First Available : May 21, 2014
Manufacturer : Medline
ASIN : B00KHKHXBC
Best Sellers Rank: #10,558 in Industrial & Scientific (See Top 100 in Industrial & Scientific)
#20 in Lab Wash Bottles
Customer Reviews:
★★★★☆  2,427 ratings

### Videos

**Videos for related products**



Bel-Art GHS Labeled Safety-Vented Methanol Wash Bottles;...
Merchant Video

Upload your video

### Products related to this item

Sponsored

Page 1 of 35

      

| Peri Bottle 500ml for Postpartum Care, Portable Travel Bidet for Baby, Women or Bed... | Peri Bottle for Perineal Care-Baby Travel Bathing kit, upside down peri bottle,Wome... | Portable Travel Bidet 500ml/17oz Portable Bidet for Toilet Handheld Postpartum Peri... | ICEWRAPS Instant Perineal Cold Pack - 2 in 1 Absorbent Maxi Pad and Instant Cold Pa... | Medline - KNTPANTBL Postpartum Underwear for Women, Comfortable Knit Material is Se... | Reusable Perineal Cooling Pad for Postpartum & Hemorrhoid Pain Relief, Hot & Cold P... | Portable Travel Bidet/Peri Bottle for Postpartum Perineal Care-hemorroid Treatment ... |
|---|---|---|---|---|---|---|
| ★★★★☆ 1,307 | ★★★★☆ 636 | ★★★★☆ 276 | ★★★★☆ 45 | ★★★★☆ 154 | ★★★★☆ 2,336 | ★★★★★ 15 |
| $14.88 ✓prime | $7.99 ✓prime | $6.99 ✓prime | $22.99 ✓prime | $8.51 ✓prime | $9.99 ✓prime | $15.99 ✓prime |

### Compare with similar products

Case 2:21-cv-00213-cr Document 34-9 Filed 05/27/22 Page 4 of 7

7/7/2021    Medline - B00KHKHXBC Squirt Bottle, Postpartum Peri Bottle, 3 Pack, 8 oz Perineal Irrigation Bottle, Cleansing Bottle for New Moms or Bidet use: A...

About the product | Compare with similar products | Reviews and Q&A                                                                      ▲ Back to top



| | This item Medline - B00KHKHXBC Squirt Bottle, Postpartum Peri Bottle, 3 Pack, 8 oz Perineal Irrigation Bottle, Cleansing Bottle for New Moms or Bidet use | Medline Cleansing Bottle, 8oz. | MEDLINE Perineal Irrigation Bottle | ACM Economy Wash Bottle, LDPE, Squeeze Bottle Medical Label Tattoo (250ml / 8oz / 1 Bottle)<br>#1 Best Seller |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (2427) | ★★★★☆ (1987) | ★★★★☆ (710) | ★★★★☆ (5323) |
| Price | $5.76 | $1.98 | $5.21 | $6.48 |
| Sold By | Medicalbazaar | Medicalbazaar | K and D Medical | ACM USA |
| Material | plastic | — | plastic | Polypropylene |
| Number of Items | 3 | 1 | 1 | — |

### Products related to this item

Sponsored




Peri Bottle 500ml for Postpartum Care, Portable Travel Bidet for Baby, Women or Bed...
★★★★☆ 1,307
$14.88 √prime


Peri Bottle for Perineal Care-Baby Travel Bathing kit, upside down peri bottle,Wome...
★★★★☆ 636
$7.99 √prime


3 Pack 16oz Plastic Bottle with 6 Caps in 2 Styles - BPA Free Latex-Free, Food-Grad...
★★★★☆ 1,050
$13.99 √prime


Medline - KNTPANTBL Postpartum Underwear for Women, Comfortable Knit Material is Se...
★★★★☆ 154
$8.51 √prime


Medline ActivICE Topical Pain Reliever Gel, Great for Arthritis, Muscle Aches and B...
★★★★☆ 31
$29.99 √prime


McKesson Rinse-Free Perineal Wash Liquid, 8 Ounces Pump Bottle, Fresh Scent
★★★★☆ 303
$5.80 √prime


ICEWRAPS Instant Perineal Cold Pack - 2 in 1 Absorbent Maxi Pad and Instant Cold Pa...
★★★★☆ 45
$22.99 √prime

Page 1 of 20

## Reviews and Q&A

### Customer reviews

★★★★☆ 4.7 out of 5
2,427 global ratings

| | |
|---|---|
| 5 star | 84% |
| 4 star | 10% |
| 3 star | 4% |
| 2 star | 1% |
| 1 star | 2% |

⌄ How are ratings calculated?

### By feature

| | |
|---|---|
| For traveling | ★★★★☆ 4.7 |
| Value for money | ★★★★☆ 4.7 |
| Softness | ★★★★☆ 4.6 |

⌄ See more

### Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images



See all customer images

### Read reviews that mention

| warm water | giving birth | postpartum | witch hazel | toilet paper |
| work great | work well | highly recommend | life saver | every bathroom |
| cloth wipes | easy to squeeze | diaper bag | years ago | liquid soap |

Top reviews ⌄

### Top reviews from the United States



🧑 Tony

★☆☆☆☆ **Not Medline Bottles as Advertised.**
Reviewed in the United States on July 3, 2017
Verified Purchase

I've ordered these twice. First time (6 or so months ago) they were true Medline bottles. Lots of great reviews. Loved them. Didn't leak (kept one in my purse and never had a problem), and sprayed nicely. Ordered them the second time (month ago), and they they were NOT Medline, I was sent an off brand, and they leaked. The bottles were also thinner and taller and no longer able to fit in a special pocket in my purse. Sent them back. I would love to reorder Medline bottles, but unless the supplier can guarantee I will get Medline again, I will not order. Will find another supplier.

58 people found this helpful

Helpful    Report abuse



🧑 Anna

★☆☆☆☆ Not the same product!! Knockoff leaks! Do not buy!

PL000030

Case 2:21-cv-00213-cr   Document 34-9   Filed 05/27/22   Page 5 of 7

7/7/2021    Medline - B00KHKHXBC Squirt Bottle, Postpartum Peri Bottle, 3 Pack, 8 oz Perineal Irrigation Bottle, Cleansing Bottle for New Moms or Bidet use: A...

About the product    Compare with similar products    Reviews and Q&A                                                      ^ Back to top

I had bought these bottles before and they worked fantastically. I needed some new ones, so I thought I would order the same ones. I just tried them today and they are NOT the same product!! BEWARE!! The ones I received did not have the "Medline" brand on the bottle as my first order did. (And as the product picture shows). These generic bottles leak a lot when you squeeze the bottle. Water gets everywhere and not ideal for any cleansing needs. Very disappointed. :(

42 people found this helpful

Helpful    Report abuse



D. Holbrook

★★★★★ **Great concept!**
Reviewed in the United States on May 29, 2016
Verified Purchase

I bought these bc when I was in the hospital after baby deliveries they would have you use these to clean yourself. I thought gosh I wished I had this when I was a teenager with periods. Nobody ever suggests this for an idea to keep clean all day long when you're a teenager. I had a hysterectomy in my late 30's so I don't need them, but I got them for my teen daughters bc it's a great idea for good hygiene during that time of the month. Somebody should be marketing these for just that. Just fill with warm water and you can be refreshed without taking a shower every time you go to the bathroom. What a concept! Then you'll need travel size too, in a discreet travel case that can hold tampons or pads also. The ideas can keep flowing.:)

36 people found this helpful

Helpful    Report abuse

StarGazer86

★★★★★ **Perineal Irrigation 8 ounce Cleansing Bottle**
Reviewed in the United States on September 19, 2018
Verified Purchase

I've never had kids, so I never knew about these irrigation bottles until a friend told me about them in passing. I have since carried one with me in my purse and there's one in each of my bathrooms. Love these things and how fresh you feel afterwards. Especially when you are out and out about and it's hot. Whoo! I'm upgrading to a bidet in my upstairs bathroom but I will still carry one of these in my purse! They are sturdy bottles and have not leaked (pun not intended) in my purse.

8 people found this helpful

Helpful    Report abuse

Jason in NC

★☆☆☆☆ **First time I ordered these bottles I was very pleased, The bottle was easy to squeeze and performed ...**
Reviewed in the United States on July 14, 2017
Verified Purchase

First time I ordered these bottles I was very pleased, The bottle was easy to squeeze and performed just like the one from the hospital, however. The second order I made the bottles were not the same. They were much stiffer and hard and much more difficult to squeeze. Totally different from the first order.

15 people found this helpful

Helpful    Report abuse

Marianna B

★☆☆☆☆ **Got 1.5 bottles instead of 3**
Reviewed in the United States on November 10, 2018
Verified Purchase

The plastic bag arrived open. Inside there was 1 normal bottle and 1 with no cap (obviously, unusable). It was supposed to have 3 bottles!

I requested a replacement. Will update the review when it arrives.

11 people found this helpful

Helpful    Report abuse

Winegirl

★★★★★ **Excellent! Does the job!**
Reviewed in the United States on March 6, 2020
Verified Purchase

I have horrible radiation burns in my perineal area and it's excruciating to urinate. I fill up one of these bottles with warm water and use it while I urinate to dilute the sting from the urine. I swear, it is saving my life! These bottles are soft and flexible and hold just the right amount of water to get the job done. The spray tip has a cross top so the flow comes out gently. One of the nurses at the Cancer center told me about it and I swear, it has saved my day. Excellent product, you get 3 in the set.

3 people found this helpful

Helpful    Report abuse

Doasm Memoir: VBJ  VINE VOICE

★★★★★ **Exactly what I wanted**
Reviewed in the United States on June 18, 2019
Verified Purchase

These perineal cleaning bottles are exactly what I wanted. They are very similar to the ones you receive in the hospital. I keep these bottles in the bathroom—they are perfect for after potty/toilet usage. These

PL000031

Case 2:21-cv-00213-cr Document 34-9 Filed 05/27/22 Page 6 of 7

7/7/2021  Medline - B00KHKHXBC Squirt Bottle, Postpartum Peri Bottle, 3 Pack, 8 oz Perineal Irrigation Bottle, Cleansing Bottle for New Moms or Bidet use: A...

About the product | Compare with similar products | Reviews and Q&A | ^ Back to top

5 people found this helpful

Helpful     Report abuse

See all reviews ›

## Top reviews from other countries

**Lady Hulk**

★★★★★ **Works perfect and multi-pack is great for multi washroom use!**
Reviewed in Canada on June 10, 2021
Verified Purchase

These are exactly the same ones the hospital gives you for postpartum recovery. They work great and are significantly cheaper than the Mom Frida alternative that many of my friends recommended to me. The multi pack is fantastic cause I could leave one in each washroom so I didn't have to run in a panic to the 2nd floor for my bottle. I also kept one in my purse which was super handy. Would highly recommend as a way of making your postpartum recovery just a little less miserable.

Report abuse

**Xcx**

★★★★★ **Good value for money**
Reviewed in Canada on June 16, 2020
Verified Purchase

Regretted at first for not buying the other kind with a curved opening that seems to help with, well, aiming to the correct area... but once got used to this (and learned to point upward instead of downward... facepalm), these bottles work quite well!

2 people found this helpful

Report abuse

**KK**

★★★★★ **Will Be Back For More**
Reviewed in Canada on September 25, 2020
Verified Purchase

Exactly what I got in the hospital after a brutal hysterectomy. Great for peri-care, great price point, and multi-use. These can also be used for wound-care, and sinus flushing in a pinch (discovered after nose surgery). Definitely recommend. Love that they come in a multi-pack, and at such a good price-point.

Report abuse

**Kristy Mayor**

★★★★★ **Great deal and exactly what a post-partum Mom needs!**
Reviewed in Canada on January 26, 2019
Verified Purchase

Awesome deal for post-party care. Now I can put one in each washroom of the house and not have to worry about running to the one with the lone bottle in it! And at night I plan to fill all 3 with warm salty water for night time pee breaks without having to worry about refilling the bottle for next time.

One person found this helpful

Report abuse

**Stacey**

★★★★☆ **just as described**
Reviewed in Canada on April 6, 2021
Verified Purchase

perfect for what i need them for! I have my own residential cleaning business, so for me i use these for floor cleaner. easier to bring with, light weight, and all you need to do is squirt a bit in your mop bucket and your good to go!

Report abuse

See all reviews ›

## Customer Questions & Answers

See questions and answers

About the product    **Compare with similar products**    Reviews and Q&A        ^ Back to top

## Featured items you may like

    

| Medline Cleansing Bottle, 8oz. | Perineal Lavette Irrigation Bottle, (Pack of 3) | MEDLINE Perineal Irrigation Bottle | Medrosa Adult Washgloves for Incontinence - Unique Disposable Body Wipes Shaped Like a Glove, Unscented, Premoistened Wet Wipes, with Barrier | Dimes Perineal Lavette Irrigation Bottle, (Pack of 5) | Valourgo Travel Bottles for Toiletries Tsa Approved Travel Size Containers BPA Free Leak Proof Travel Tubes Refillable Liquid Travel Accessories for |
|---|---|---|---|---|---|
| ★★★★☆ 1,987 | ★★★★★ 4,642 | ★★★★☆ 710 | ★★★★☆ 242 | ★★★★★ 1,712 | ★★★★☆ 2,493 |
| 77% off | $2.50 | $5.21 | $5.99 | $5.39 | $8.70 |
| $1.98 $8.52 | | | | | |
| Lowest price in 30 days | | | | | |

Pages with related products. See and discover other items: medline supplies, science bottles, Best squirt bottles for hair, Best spray nozzles for bath, Best ice packs for hemorrhoids, Explore portable bidets for traveling



PL000033