# EXHIBIT I

## Receipt 1

**Freight Bill Number:** 5015370032  
**ROTNBR Number:**  
**DATE:** 04/15/2020  

**Consignee**  
GUZMOCUP  
3060 WILLISTON RD STE 3  
SOUTH BURLINGTON  
VT 05403-6051   US  

Trailer # 480381  

**Shipper**  
MEDLINE  
1 MEDLINE DR  
WILMER  
TX 75172   US  

**FedEx Freight Priority**

| PIECES | PKG | H/U | HM | DESCRIPTION | WGT(LBS) | NMFC | PCF CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 120 | | | | PO# AM965565<br>MEDICAL SUPPLIES<br>1060651991<br>0989557147          CR#<br>AM965565<br>8028001791 :CON :CONS PHONE #<br>: LIFTGATE DELIVERY-PPD<br>EDA         INSPECTING TERMINAL<br>000432         ORIGINAL WEIGHT<br>**SHIPMENT REWEIGHED AS ABOVE**<br>WEIGHT VALIDATION FEE<br>FUEL SURCHG LTL SHPT 6.50%<br>0000005  DEFICIT WT=LOWER CHARGES<br>RATED AS......<br>1000-40888-FXF-11<br>PREPAID - WILL INVOICE THIRD PARTY | 495<br><br><br><br><br><br><br><br><br>5<br>500 | | 070 | | |

BY ACCEPTING THE SHIPMENT, YOU AGREE TO BE FULLY RESPONSIBLE FOR ANY ADDITIONAL APPLICABLE CHARGES FOR DELIVERY, SERVICES RENDERED INCLUDING BUT NOT LIMITED TO DETENTION  
** CHARGES SUBJECT TO CHANGE **

Bill of Lading Number  1060651991     0.00  
P.O. Number   AM965565          Page 1 of 2

Delv. Driver & #:  
Date:   Arrive:   Depart:  
# of Skids:   # of Pcs:   OS&D #:  

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _____  
☐ Over  ☐ Damage   Exceptions:  
☐ Short ☐ Wrap Broken  

FedEx Freight  
P.O. BOX 840  
HARRISON, AR 72602-0840  
fedex.com   1.866.393.4585  
fedex.com/fastfreight

## Receipt 2

**Freight Bill Number:** 5015370032  
**ROTNBR Number:**  
**DATE:** 04/15/2020  

**Consignee**  
GUZMOCUP  
3060 WILLISTON RD STE 3  
SOUTH BURLINGTON  
VT 05403-6051   US  

Trailer # 480381  

**Shipper**  
MEDLINE  
1 MEDLINE DR  
WILMER  
TX 75172   US  

**FedEx Freight Priority**

| PIECES | PKG | H/U | HM | DESCRIPTION | WGT(LBS) | NMFC | PCF CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CZAR   197         ILS 05070<br>** FAK RATES APPLIED ** | | | | | |
| 120 | | 2 | | PREPAID - WILL INVOICE THIRD PARTY | 495 | | | | |

BY ACCEPTING THE SHIPMENT, YOU AGREE TO BE FULLY RESPONSIBLE FOR ANY ADDITIONAL APPLICABLE CHARGES FOR DELIVERY, SERVICES RENDERED INCLUDING BUT NOT LIMITED TO DETENTION  
** CHARGES SUBJECT TO CHANGE **

Bill of Lading Number  1060651991     0.00  
P.O. Number   AM965565          Page 2 of 2

Delv. Driver & #: 50,8523  
Date: 4-20-2020   Arrive: 1/35   Depart:  
# of Skids: 2   # of Pcs:   OS&D #:  

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _____  
☐ Over  ☐ Damage   Exceptions:  
☐ Short ☐ Wrap Broken  

FedEx Freight  
P.O. BOX 840  
HARRISON, AR 72602-0840  
fedex.com   1.866.393.4585  
fedex.com/fastfreight

PL000025

## Land Air Express OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**
MED010
MEDLINE INDUSTRIES, INC/
C/O DATA2LOGISTICS
PO BOX 61050
FORT MEYERS    FL 33906

7025806013-00
O: BOS    DATE    PAGE NO.
D: WIL  05/11/20   1 /2

| CONSIGNEE | SHIPPER | INTERLINE REFERENCE |
|---|---|---|
| *MANUAL* (203)616-2850<br>GIZMOCUP LLC<br>3060 WILLISTON RD STE3<br><br>SOUTH BURLINGTON  VT  05403 | 4427      (508)337-3171<br>MEDLINE INDUSTRIES<br>560 WEST STREET  B40<br><br>MANSFIELD          MA  02048 | SHIPPER'S REFERENCE<br>1400450067<br>PO NUMBER<br>JP982006 |

We are hiring in Williston, VT: www.mylandair.com/careers         ** COPY **

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 110 | | ** ATTENTION DRIVER **<br>REPORT INSIDE DELIVERY<br>TO DISPATCH FOR BILLING<br>*******************************<br>MEDICAL SUPPLIES<br>ON 2 PALLETS<br>MEDICAL FACILITY<br>DELIVERY<br>SHIPPER LOAD & COUNT<br>   ** CONTINUED ON PAGE:   2 | | 396 | MEDID<br><br>LOAD | | |

Received in good condition except as noted                  NET A/R    TOTAL CHARGES
X _____
Print Name _____  Date _____  Time _____  Driver _____  Pieces _____

---

## Land Air Express OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**
MED010
MEDLINE INDUSTRIES, INC/
C/O DATA2LOGISTICS
PO BOX 61050
FORT MEYERS    FL 33906

7025806013-00
O: BOS    DATE    PAGE NO.
D: WIL  05/11/20   2 /2

| CONSIGNEE | SHIPPER | INTERLINE REFERENCE |
|---|---|---|
| *MANUAL* (203)616-2850<br>GIZMOCUP LLC<br>3060 WILLISTON RD STE3<br><br>SOUTH BURLINGTON  VT  05403 | 4427      (508)337-3171<br>MEDLINE INDUSTRIES<br>560 WEST STREET  B40<br><br>MANSFIELD          MA  02048 | SHIPPER'S REFERENCE<br>1400450067<br>PO NUMBER<br>JP982006 |

We are hiring in Williston, VT: www.mylandair.com/careers         ** COPY **

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | 0001359731<br>DO NOT DOUBLE STACK<br>DO NOT BREAK SHRINKWRAP<br>SHRINK WRAP INTACT?  CIRCLE ONE<br>YES   NO   N/A   COLOR: ____ | | | CONS TO#<br>DOUBLE<br>BREAK | | |
| 110 | | | | 396 | | | PREPAID |

Received in good condition except as noted                  NET A/R    TOTAL CHARGES  PL000026
X _____
Print Name _____  Date _____  Time _____  Driver _____  Pieces _____