# EXHIBIT J



PL000027