# EXHIBIT N



James Becker <gizmocup@gmail.com>

## Amazon Complaint ID: 8029801491

**James Becker** <james.becker@northeastpharma.com>　　　　　　　　　　Thu, Feb 25, 2021 at 11:10 AM
To: amazon@medline.com

ASIN: B00KHKHXBC
Infringement type: Counterfeit
Trademark asserted: 86488830
Complaint ID: 8029801491

Hi Mr. Murphy,

We recently received notification of Amazon regarding counterfeit Medline perineal bottles. We purchase Medline Perineal bottles from Health Products for You. I would be happy to provide our account rep name or invoices as proof of purchase.

Please advise whether you would be willing to remove the notice of violation against our Seller Account on the basis of proof of purchase from one of your authorized distributors.

We would, of course, be fine with purchasing these items as well as the full line catalog of Medline products directly from Medline if there was an opportunity to do so.

Thanks!
James

--
James Becker
Director of Business Development
Northeast Pharma
802.800.1791 Office
305.609.6200 Cell
www.northeastpharma.com



4/26/2021 — Gmail - Amazon Complaint ID: 8029801491

 James Becker &lt;gizmocup@gmail.com&gt;

## Amazon Complaint ID: 8029801491

**James Becker** &lt;james.becker@northeastpharma.com&gt;     Wed, Mar 3, 2021 at 2:41 PM
To: amazon@medline.com

Hi,

Following up on this issue as it remains unresolved.

Please advise who would be an appropriate point of contact to discuss this matter further.

Thanks!

> On Thu, Feb 25, 2021 at 11:10 AM James Becker &lt;james.becker@northeastpharma.com&gt; wrote:
> ASIN: B00KHKHXBC
> Infringement type: Counterfeit
> Trademark asserted: 86488830
> Complaint ID: 8029801491
>
> Hi Mr. Murphy,
>
> We recently received notification of Amazon regarding counterfeit Medline perineal bottles. We purchase Medline Perineal bottles from Health Products for You. I would be happy to provide our account rep name or invoices as proof of purchase.
>
> Please advise whether you would be willing to remove the notice of violation against our Seller Account on the basis of proof of purchase from one of your authorized distributors.
>
> We would, of course, be fine with purchasing these items as well as the full line catalog of Medline products directly from Medline if there was an opportunity to do so.
>
> Thanks!
> James
>
> --
> James Becker
> Director of Business Development
> Northeast Pharma
> 802.800.1791 Office
> 305.609.6200 Cell
> www.northeastpharma.com
>
> 

--
James Becker
Director of Business Development
Northeast Pharma
802.800.1791 Office
305.609.6200 Cell
www.northeastpharma.com



PL000040

https://mail.google.com/mail/u/0?ik=781af5d157&view=pt&search=all&permmsgid=msg-a%3Ar4659243803031440242&dsqt=1&simpl=msg-a%3Ar46592438030... 1/1