# EXHIBIT O

7/7/2021             Gmail - Your Amazon.com Inquiry

M Gmail             Gizmo Cup <gizmocuplic@gmail.com>

**Your Amazon.com Inquiry**
1 message

**Amazon** <no-replies-appeals@amazon.com>             Sat, Mar 6, 2021 at 4:24 AM
Reply-To: Amazon <no-replies-appeals@amazon.com>
To: gizmocuplic@gmail.com



Hello,

We reviewed your appeal and accepted it for the following content:

ASIN: B00KHKHX0C
Complaint ID: 8029801491

To confirm that the ASIN or offer was reinstated:
1. In the Inventory section of Seller Central, select Manage Inventory.
2. Search for the ASIN or offer in question, or select Fix Stranded Inventory.
3. Edit the inactive ASIN or offer by updating the product information.
4. Save and finish.

If you are unable to confirm the ASIN or offer reinstatement, there may be additional reasons why these listings were deactivated. Please review and resolve any remaining issues by visiting your Account Health page (https://sellercentral.amazon.com/performance/dashboard?reflag=email_reinstate), or you can select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile_android&hl=en

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com