# EXHIBIT P

PL000042



**K&L GATES LLP**
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111-2950



U.S. POSTAGE ( ) PITNEY BOWES

Amazon Seller Atlantic Pharma Co
Atlantic Pharma Co LLC
8 The Green - Ste 10514
Dover, DE 19901



**K&L GATES**

March 1, 2021

**By First Class Mail**

Amazon Seller Atlantic Pharma Co
Atlantic Pharma Co LLC
8 The Green - Ste 10514
Dover, DE 19901

Michael R. Murphy
michael.r.murphy@klgates.com

T 617 261 3132
F 617 261 3175

**Re:  Medline Industries, Inc. – Tortious Interference with Contract**

To Whom It May Concern:

We have been retained by Medline Industries, Inc. ("Medline"), in regard to issues related to your improper and tortious sale and commercial distribution of Medline products on the Internet.  As you are aware, Medline develops, manufactures, and sells products throughout the world, including the United States.  Medline sells products directly to customers on the Internet through its network of Authorized Internet Dealers.  Medline has and continues to designate significant resources to develop and maintain its products' national and international image.  Through this market of Medline Authorized Internet Dealers, Medline has fostered a recognized image of quality and customer support.

All Medline Authorized Internet Dealers are required to execute an Agreement whereby they agree to the manner in which they must promote and sell Medline products on the Internet in order to maintain and foster Medline brand equity. Medline Distributors execute Authorized Distributor Agreements that prohibit them from selling Medline products to dealers who offer the products for resale on the Internet, unless those dealers have been approved as Medline Authorized Internet Dealers.   Therefore, Unauthorized Resellers who induce Authorized Medline Distributors to sell Medline products to them for resale on the Internet tortiously interfere with the Distributor Agreement.

Medline has confirmed that you are not authorized to sell Medline products. As such, Medline demands that you discontinue your tortious conduct, and notify the undersigned of your compliance by **March 8, 2021**. Nothing herein is intended by us, nor should it be construed by you as a waiver or relinquishment of any rights or remedies which our client may have in this matter, and all such rights and remedies are hereby specifically reserved, including, but not limited to, contacting your internet service provider to take further action and an accounting of damages in the event that litigation becomes necessary. Should  you  wish  to  discuss  this  matter,  please  feel  free  to  contact  me  directly  at michael.r.murphy@klgates.com.

Sincerely,

Michael R. Murphy

K&L GATES LLP
STATE STREET FINANCIAL CENTER  ONE LINCOLN STREET  BOSTON  MA 02111
T +1 617 261 3100F +1 617 261 3175  klgates.com

PL000043