# EXHIBIT Q

7/7/2021     Gmail - Atlantic Pharma Co Amazon Seller Account

# M Gmail

James Becker <gizmocup@gmail.com>

## Atlantic Pharma Co Amazon Seller Account

**Murphy, Michael R.** <Michael.R.Murphy@klgates.com>     Mon, Mar 8, 2021 at 1:20 PM
To: James Becker <james.becker@northeastpharma.com>, "Cowan, Nury" <Nury.Cowan@klgates.com>

Thanks- we will pass your info along.

From: James Becker <james.becker@northeastpharma.com>
Sent: Monday, March 08, 2021 1:14 PM
To: Cowan, Nury <Nury.Cowan@klgates.com>; Murphy, Michael R. <Michael.R.Murphy@klgates.com>
Subject: Atlantic Pharma Co Amazon Seller Account

Mr. Murphy,

This will confirm receipt of your letter dated March 1, 2021 regarding Medline products on the Amazon.com marketplace. I have spoken with your paralegal Nury today concerning the same. We have disabled all Medline offerings, and will remove the affected items on Amazon.com, pending the approved reseller process with Medline being completed.

Thank you and please let me know if you have any questions.

Best

James Becker

--

James Becker

Director of Business Development

Northeast Pharma

802.800.1791 Office

305.609.6200 Cell

www.northeastpharma.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.