# EXHIBIT R

Gmail

James Becker <gizmocup@gmail.com>

**Atlantic Pharma Co Amazon Intro**
2 messages

**James Becker** <james.becker@northeastpharma.com> Mon, Mar 8, 2021 at 12:57 PM
To: nury.cowan@klgates.com

Hi Nury,

Here is my contact info to get the ball rolling for Amazon approved reseller.

**Thanks!**

www.northeastpharma.com
NORTHEAST

**James Becker** <james.becker@northeastpharma.com> **Fri, Mar 12, 2021 at 12:53 PM**
To: nury.cowan@klgates.com

Hi Nury,

Just following up on this. Is there a direct contact at Medline I can reach out to expedite the process?

Please let me know.

Thanks
James
[Quoted text hidden]

PL000045

