# EXHIBIT S

7/7/2021                                                                                      Gmail - Notice: Policy Warning

# M Gmail

Gizmo Cup <gizmocuplic@gmail.com>

## Notice: Policy Warning

no-replies-appeals@amazon.com <no-replies-appeals@amazon.com>                                           Thu, Apr 1, 2021 at 4:44 PM
To: gizmocuplic@gmail.com

Hello,

We removed some of your listings because we received a report from a rights owner that they may infringe the rights owner's trademark. The rights owner communication about the alleged infringement and the listings we removed are at the bottom of this message.

**Why did this happen?**
We received a report from a rights owner that one or more of your listings are inauthentic. Listing content infringing on the intellectual property of others is against our policies.

**We're here to help.**
If you need help understanding why your listings may infringe the intellectual property rights of others, please search for 'Intellectual Property Policy' in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

**How do I reactivate my listing?**
Please provide the following to reactivate your listings.
-- A letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your products are lawful. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .jpieg, .gif, .png, .tif.

**How do I submit this information?**
Go to Received Intellectual Property Complaints under the Product Policy Compliance section on your account health dashboard (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) and locate the deactivation record for this product listing. Click on the Appeal button next to the listing deactivation record to submit information necessary to reactivate your listing.

**Have your listings been removed in error?**
If you have never sold or listed the product, please reach out to us and tell us. If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask them to submit a retraction of this notice. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions.

These are the rights owner's contact details.
--EMAIL ADDRESS OF RIGHTS OWNER : amazon@medina.com

For any other reason, please explain to us why you were warned in error so that we can investigate the case.

**What happens if I do not provide the requested information?**
Your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 90 days. Violating this policy may also result in loss of selling privileges or other legal consequences.

ASIN: B00KHKHXBC
Title: Medline - B00KHKHXBC Squirt Bottle, Postpartum Peri Bottle, 3 Pack 8 oz Perineal Irrigation Bottle Cleansing Bottle for New Moms or Bidet use
Infringement type: Counterfeit
Trademark asserted: 5021107
Complaint ID: 8175364931

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ag_emai_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en

Sincerely,
Seller Performance Team
Amazon.com