# EXHIBIT T

7/7/2021

Gmail - Your FBA Inventory

 Gmail

Gizmo Cup <gizmocupllc@gmail.com>

**Your FBA Inventory**

Amazon Services <donotreply@amazon.com>
Reply-To: Amazon Services <donotreply@amazon.com>
To: gizmocupllc@gmail.com

Tue, Jun 1, 2021 at 4:41 PM

amazon

Hello Atlantic Pharma Co.

We are writing to let you know that you have Fulfillment by Amazon (FBA) inventory that is under review for authenticity. During this review, your listings may be deactivated and you will be unable to initiate a removal request for any impacted inventory. This review is separate from any action regarding the status of your account. If you do not respond to this message within 30 days, your inventory will be destroyed in accordance with the Unsuitable Inventory Investigations policy.

Why is this happening?
We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited and items sold on Amazon must adhere to all applicable laws and Amazon policies. Failure to abide by these policies may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

How do I demonstrate authenticity?
In order to demonstrate the authenticity of your inventory, please provide supply chain documents that demonstrate your inventory are genuine products. A plan of action is not necessary and there is no required format for your response. Please submit documents such as
-- Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.
-- Supplier information including name, phone number, address, and website.
-- Item descriptions.
-- Item quantities.
-- Import or export documents such as Bills of Lading, Commercial Invoices, and Packing Lists.
-- Letters from the brand authorizing you to sell their product.

You should only send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered.

Your response should address all of the following ASINs:

| asin | title | quantity |
|---|---|---|
| B00KHKHXBC | Medline - B00KHKHXBC Squirt Bottle, Postpartum Peri Bottle, 3 Pack, 8 oz Perineal Irrigation Bottle, Cleansing Bottle for New Moms or Bidet use. | 400 |

How do I send the required information?
Within 30 days of this notification, submit this information to inventory-appeals@amazon.com.

What happens if I do not send the requested information?
If within 30 days of the original notification we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, some or the entire inventory under review may be destroyed.

We are here to help
If you have questions about this policy or the information requested above, please review our Seller Central Help page at
https://sellercentral.amazon.com/gp/201755979

Has this review been conducted in error?
- If you believe the products that are under review are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our anti-counterfeiting policy and we will investigate.
- If we confirm that your products do not violate our anti-counterfeiting policy, we will release the inventory to you upon completion of our review.

Sincerely,

Amazon Services

http://business.amazon.com/abredr

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2021 Amazon, Inc. or its affiliates. All rights reserved.
Amazon.com.