# EXHIBIT U

7/7/2021                                                       Gmail - FBA Inventory Appeal

 Gmail

Gizmo Cup <gizmocupllc@gmail.com>

**FBA Inventory Appeal**
1 message

Amazon <inventory-appeals@amazon.com>                                    Fri, Jun 4, 2021 at 11:22 AM
Reply-To: Amazon <inventory-appeals@amazon.com>
To: gizmocupllc@gmail.com

### amazon

Hello Northeast Pharma,

Thank you for your appeal. After completing our investigation and reviewing the information you provided, we have decided to release the hold on your inventory.

ASIN: B00KHKHX8C
Title: Medline - B00KHKHX8C Squirt Bottle, Postpartum Peri Bottle, 3 Pack, 8 oz Perineal Irrigation Bottle, Cleansing Bottle for New Moms or Bidet use
Quantity: 400

You may manage this inventory through the Inventory Dashboard on Seller Central at https://sellercentral.amazon.com/gp/help/G201074410.

Sincerely,

Seller Perfomance Team
Amazon.com