UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| GIZMOCUP L.L.C., D/B/A NORTHEAST PHARMA, and ATLANTIC PHARMA CO L.L.C. Plaintiffs, vs. MEDLINE INDUSTRIES INC., Defendant. | Case No.: 2:21-cv-00213-cr |

# MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs Gizmocup LLC, d/b/a Northeast Pharma, ("Gizmocup") and Atlantic Pharma CO L.L.C. ("Atlantic Pharma"), by and through their attorneys, Paul Frank + Collins P.C., hereby move for entry of a default judgment against Defendant Medline Industries, Inc. ("Medline") pursuant to Fed.R.Civ.P. 55(b)(2) in light of Medline's failure to file a responsive pleading to Plaintiffs' Amended Complaint, and further request the Court schedule a hearing on damages.

## Memorandum of Law

Medline has failed to timely respond to the Amended Complaint, having missed its responsive pleading deadline of June 9, 2023, requiring the entry of default against Medline. On or about September 8, 2021, Gizmocup commenced this suit seeking damages against Medline arising from Medline making false infringement claims at Amazon and libel. Complaint [ECF No. 1]. Medline subsequently filed a Motion to Dismiss. ECF No. 13. Following an April 26, 2022 hearing on the motion [ECF No. 30], on May 27, 2022, Plaintiffs filed an Amended Complaint adding Plaintiff Atlantic Pharma. ECF No. 34. On June 15, 2022, Medline filed another Motion to Dismiss. ECF No. 40.

1

The Court denied Medline's Motion to Dismiss in its entirety on May 26, 2023, making Medline's responsive pleading due on or before June 9, 2023. Fed.R.Civ.P. 12(a)(4)(A)("[I]f the court denies the motion [to dismiss] …, the responsive pleading must be served within 14 days after notice of the court's [decision]."). Medline, however, has failed to timely respond to the Amended Complaint and has otherwise neither requested an extension of time from Plaintiffs nor moved for additional time under Fed.R.Civ.P. 6(b). Following the Court's May 26, 2023 Opinion and Order, counsel for Plaintiffs has twice reached out to counsel for Medline with a proposed discovery order, but Medline's counsel has not responded as of the filing of this Motion.

For the reasons stated above, Plaintiffs request entry of a default judgment against Defendant Medline, pursuant to Fed.R.Civ.P. 55(b)(2). Because damages are not readily ascertainable, Plaintiffs further request the Court schedule a hearing to determine the amount of damages, per Fed.R.Civ.P. 55(b)(2)(B).

DATED this 12th day of June, 2023.

                              GIZMOCUP LLC
                              D/B/A NORTHEAST PHARMA &
                              ATLANTIC PHARMA CO LLC

BY:    PAUL FRANK + COLLINS P.C.

BY:    */s/ David M. Pocius*
           David M. Pocius, Esq.
           Paul Frank + Collins P.C.
           One Church Street, PO Box 1307
           Burlington, VT 05402-1307
           (802) 658-2311
           dpocius@pfclaw.com

           & 

Dustin A. Lane, Esq.
Slattery Petersen PLLC
2915 Biscayne Blvd. Ste 300-15
Miami, FL 33137
(786) 220-6647
dlane@slatterypeterson.com
(admitted *pro hac vice*)

           &

James J. Becker, Esq.
3060 Williston Rd., Ste. 3
South Burlington, VT 05403
(802) 800-1791
james.becker@northeastpharma.com
(admitted *pro hac vice*)

8885670_1:14547-00001

3