UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 MAR 10 AM 9: 37

CLERK

BY KP
DEPUTY CLERK

| | |
|---|---|
| GIZMOCUP L.L.C., D/B/A NORTHEAST PHARMA, and <br> ATLANTIC PHARMA CO L.L.C. <br> Plaintiffs, <br> vs. <br><br> MEDLINE INDUSTRIES INC., <br> Defendant. | Case No. 2:21-cv-00213-cr |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties, by and through counsel, hereby agree and stipulate that <u>all claims</u> asserted in this matter shall be DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

Parties' signatures are on the second page.

DATED this 10th day of March, 2025.

                        GIZMOCUP LLC
                        D/B/A NORTHEAST PHARMA
                        & ATLANTIC PHARMA CO LLC

BY:    PAUL FRANK + COLLINS P.C.

BY:    */s/ David Pocius*
         David M. Pocius, Esq.
         PO Box 1307
         Burlington, VT 05402-1307
         802-658-2311
         dpocius@pfclaw.com


                        MEDLINE INDUSTRIES INC.

BY:    GRAVEL & SHEA

BY:    */s/ Matthew B. Byrne*
         Matthew B. Byrne, Esq.
         76 St. Paul Street, 7th Floor
         P.O. Box 369
         Burlington, VT 05402-0369
         802-658-0220
         mbyrne@gravelshea.com


**APPROVED AND SO ORDERED** this 10th day of March, 2025.

_____
Honorable Mary Kay Lanthier
United States District Court